**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| In re: EDWARD (NMI) PARTRIDGE | § | Case No. 11-10077 |
| SANDRA FAYE PARTRIDGE | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

C. KENNETH STILL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/06/2011.

2) The plan was confirmed on 02/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/26/2011, 03/28/2013.

5) The case was converted on 03/27/2013.

6) Number of months from filing or conversion to last payment: 25.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

<u>Receipts:</u>

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 31,919.64 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 31,919.64 |

<u>Expenses of Administration:</u>

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,000.00 | |
| Court Costs | $ 274.00 | |
| Trustee Expenses & Compensation | $ 771.29 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,045.29 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

<u>Scheduled Creditors:</u>

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPARTMENT STORES NATIONAL | Uns | 429.00 | 428.94 | 428.94 | 94.85 | 0.00 |
| DEPARTMENT STORES NATIONAL | Uns | 0.00 | 286.11 | 286.11 | 68.90 | 0.00 |
| CITIFINANCIAL | Sec | 7,810.00 | 7,810.49 | 7,810.49 | 2,923.27 | 1,023.65 |
| NATIONAL CAPITAL MANAGEMENT | Uns | 1,783.00 | 1,813.96 | 1,813.96 | 460.93 | 0.00 |
| PARKRIDGE MEDICAL CENTER | Uns | 0.00 | 1,896.12 | 1,896.12 | 481.81 | 0.00 |
| LGE COMMUNITY CREDIT UNION | Sec | 22,858.66 | 22,851.26 | 22,851.26 | 8,338.70 | 3,008.69 |
| MEMORIAL HEALTH CARE | Uns | 518.06 | 518.06 | 518.06 | 114.53 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 849.00 | 871.70 | 871.70 | 221.48 | 0.00 |
| VATIV RECOVERY SOLUTIONS | Uns | 1,173.00 | 1,173.66 | 1,173.66 | 306.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Uns | 325.00 | 292.74 | 292.74 | 70.50 | 0.00 |
| SEVENTH AVENUE | Uns | 0.00 | 375.56 | 375.56 | 90.44 | 0.00 |
| MIDNIGHT VELVET | Uns | 2,987.51 | 2,987.51 | 2,987.51 | 759.13 | 0.00 |
| DIRECT CHARGE | Uns | 300.13 | 300.13 | 300.13 | 72.27 | 0.00 |
| ASHRO LIFESTYLE | Uns | 362.64 | 367.70 | 367.70 | 88.55 | 0.00 |
| MONROE & MAIN | Uns | 703.86 | 703.86 | 703.86 | 171.40 | 0.00 |
| LENDMARK FINANCIAL SERVICES | Sec | 1,215.00 | 914.17 | 914.17 | 508.97 | 107.74 |
| AMERICAN INFOSOURCE LP AS | Uns | 172.00 | 172.05 | 172.05 | 32.76 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 1,109.00 | 1,109.95 | 1,109.95 | 289.39 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT | Uns | 1,539.00 | 1,539.97 | 1,539.97 | 401.49 | 0.00 |
| CAPITAL ONE NA (NEIMAN | Uns | 782.00 | 1,080.15 | 1,080.15 | 281.62 | 0.00 |
| CAPITAL ONE NA | Uns | 254.00 | 204.33 | 204.33 | 30.67 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,165.00 | 1,165.90 | 1,165.90 | 303.98 | 0.00 |
| CANDICA LLC | Uns | 644.00 | 766.40 | 766.40 | 186.63 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,000.00 | 1,000.00 | 1,000.00 | 260.73 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 715.00 | 715.27 | 715.27 | 174.16 | 0.00 |
| CREDIT FIRST NA | Uns | 1,169.00 | 1,169.67 | 1,169.67 | 304.96 | 0.00 |
| ASHLEY FUNDING SERVICES LLC/ | Uns | 0.00 | 76.83 | 76.83 | 15.63 | 0.00 |
| VERIZON WIRELESS | Uns | 877.34 | 713.81 | 713.81 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Uns | 1,447.43 | 1,406.98 | 1,406.98 | 366.83 | 0.00 |
| MEMORIAL HOSPITAL | Uns | 0.00 | 1,508.70 | 1,508.70 | 393.32 | 0.00 |
| BMW FINANCIAL SERVICES | Sec | 11,709.49 | 11,717.19 | 11,717.19 | 4,374.75 | 1,545.62 |
| AFNI INC | Uns | 0.00 | 319.91 | 319.91 | 0.00 | 0.00 |
| CITICORP TRUST BANK | Uns | 2,100.00 | 2,100.27 | 2,100.27 | 0.00 | 0.00 |
| AMERIMARK PERMIER | Uns | 683.14 | NA | NA | 0.00 | 0.00 |
| ANESTHESIOLOGISTS ASSOC | Uns | 94.13 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOLOGISTS | Uns | 14.13 | NA | NA | 0.00 | 0.00 |
| BATTLEFIELD IMAGING | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| BLOUNT MEMORIAL HOSPITAL | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| CHATT ORTHOPAEDIC GROUP | Uns | 68.74 | NA | NA | 0.00 | 0.00 |
| ERLANGER | Uns | 875.00 | NA | NA | 0.00 | 0.00 |
| ERLANGER HEALTH | Uns | 430.00 | NA | NA | 0.00 | 0.00 |
| MASSEYS | Uns | 34.05 | NA | NA | 0.00 | 0.00 |
| MICHAEL A SPIPANOV | Uns | 320.53 | NA | NA | 0.00 | 0.00 |
| NORTHGATE NEUROLOGY | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| TN DEPT OF LABOR & WORKFORCE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| VARIOUS MEDICAL DEBTS | Uns | 2,927.00 | NA | NA | 0.00 | 0.00 |
| CHATTANOOGA EMERGENCY | Uns | 303.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING | Uns | 21.00 | NA | NA | 0.00 | 0.00 |
| LENDMARK FINANCIAL | Uns | 646.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HEALTH CARE SYSTEM | Uns | 620.46 | NA | NA | 0.00 | 0.00 |
| VARIOUS MEDICAL DEBTS | Uns | 1,583.00 | NA | NA | 0.00 | 0.00 |
| CLERK U S BANKRUPTCY COURT | Adm | 0.00 | 274.00 | 274.00 | 274.00 | 0.00 |
| ERON H EPSTEIN ESQUIRE | Lgl | 0.00 | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |

Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 42,378.94 | $ 15,636.72 | $ 5,577.96 |
| All Other Secured | $ 914.17 | $ 508.97 | $ 107.74 |
| **TOTAL SECURED:** | $ 43,293.11 | $ 16,145.69 | $ 5,685.70 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 27,066.24 | $ 6,042.96 | $ 0.00 |

Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 4,045.29 | |
| Disbursements to Creditors | $ 27,874.35 | |
| **TOTAL DISBURSEMENTS:** | | $ 31,919.64 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  06/06/2013              By:  /s/ C. Kenneth Still
                                                Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)