**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

| | | |
|---|---|---|
| In re:   PARTRIDGE, EDWARD NMN | § | Case No. 1:11-bk-10077-NWW |
| PARTRIDGE, SANDRA FAYE | § | |
| | § | |
| Debtors | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

> Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the **Trustee's Final Report, you must file an objection within 21 days** from the date of this Notice or if you object to the **Applications for Compensation, you must file an objection within 21 days** from the date of this Notice with the clerk of the court at 31 E. 11th Street, Chattanooga, Tennessee 37402, and serve a copy on WILLIAM M. FOSTER, Trustee, 901 Mountain Creek Road, Suite 201, Chattanooga, TN 37405. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the Trustee's Final Report and/or the Applications for Compensation and may grant the relief requested therein without further notice or hearing.

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>WILLIAM M. FOSTER</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Historic U.S. Courthouse
   31 E. 11th Street
   Chattanooga, TN  37402

Date Mailed: July 10, 2015       By:    /s/ <u>WILLIAM T. MAGILL</u>
                                        Clerk of the Court

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

In re: PARTRIDGE, EDWARD NMN  § Case No. 1:11-bk-10077-NWW
    PARTRIDGE, SANDRA FAYE  §
                            §
Debtor(s)                   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 29,529.91 |
| *and approved disbursements of* | $ 12,275.42 |
| *leaving a balance on hand of* [1] | $ 17,254.49 |
| **Balance on hand:** | **$ 17,254.49** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 17,254.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - WILLIAM M. FOSTER | 3,702.99 | 0.00 | 3,702.99 |
| Trustee, Expenses - WILLIAM M. FOSTER | 21.76 | 0.00 | 21.76 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,724.75 |
| Remaining balance: | $ 13,529.74 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,529.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 13,529.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,347.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Stores National Bank/Macys | 334.09 | 0.00 | 178.33 |
| 2 | Department Stores National Bank/Bloomingdales | 217.21 | 0.00 | 115.94 |
| 3U | CitiFinancial | 2,360.49 | 0.00 | 1,259.97 |
| 4 | National Capital Management, LLC. | 1,353.03 | 0.00 | 722.21 |
| 5 | PARKRIDGE MEDICAL CENTER | 1,414.31 | 0.00 | 754.92 |
| 7 | MEMORIAL HEALTH SYSTEM | 403.53 | 0.00 | 215.39 |
| 8 | PRA Receivables Management, LLC | 650.22 | 0.00 | 347.07 |
| 9 | Vativ Recovery Solutions, LLC | 867.66 | 0.00 | 463.13 |
| 10 | American InfoSource LP as agent for WFNNB | 222.24 | 0.00 | 118.63 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Seventh Avenue | 285.12 | 0.00 | 152.19 |
| 12 | Midnight Velvet | 2,228.38 | 0.00 | 1,189.45 |
| 13 | Direct Charge | 227.86 | 0.00 | 121.63 |
| 14 | Ashro Lifestyle | 279.15 | 0.00 | 149.00 |
| 15 | Monroe & Main | 532.46 | 0.00 | 284.21 |
| 17 | American InfoSource LP as agent for WFNNB | 139.29 | 0.00 | 74.35 |
| 18 | Jefferson Capital Systems, LLC | 820.56 | 0.00 | 437.99 |
| 19 | Portfolio Recovery Associates, LLC | 1,138.48 | 0.00 | 607.69 |
| 20 | eCAST Settlement Corporation | 798.53 | 0.00 | 426.23 |
| 21 | eCAST Settlement Corporation | 173.66 | 0.00 | 92.70 |
| 22 | Portfolio Recovery Associates, LLC | 861.92 | 0.00 | 460.07 |
| 23 | CANDICA L.L.C | 579.77 | 0.00 | 309.47 |
| 24 | Portfolio Recovery Associates, LLC | 739.27 | 0.00 | 394.60 |
| 25 | Portfolio Recovery Associates, LLC | 541.11 | 0.00 | 288.83 |
| 26 | Credit First N A | 864.71 | 0.00 | 461.56 |
| 27 | Ashley Funding Services LLC | 61.20 | 0.00 | 32.67 |
| 28 | Midland Funding LLC | 713.81 | 0.00 | 381.01 |
| 29 | JEFFERSON CAPITAL SYSTEMS LLC | 1,040.15 | 0.00 | 555.20 |
| 30 | Memorial Hospital | 1,115.38 | 0.00 | 595.36 |
| 32 | Afni, Inc. | 319.19 | 0.00 | 170.38 |
| 33 | Citicorp Trust Bank | 2,100.27 | 0.00 | 1,121.07 |
| 34 | Quantum3 Group LLC as agent for | 172.05 | 0.00 | 91.84 |
| 35 | Quantum3 Group LLC as agent for | 222.24 | 0.00 | 118.63 |
| 36 | Northgate Neurology | 30.00 | 0.00 | 16.01 |
| 37 | Chattanooga-Hamilton County Hospital Authority d/b | 1,540.00 | 0.00 | 822.01 |

Total to be paid for timely general unsecured claims:  $       13,529.74
Remaining balance:  $              0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

Prepared By: /s/WILLIAM M. FOSTER
William M. Foster

WILLIAM M. FOSTER
901 Mountain Creek Road
Suite 201
Chattanooga, TN  37405
(423) 877-4250

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**